James S. Coon
OSB#: 77145
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@tcnf.legal

Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | | |
|---|---|---|
| TORI HACKNEY | Case No.: | 3:18-cv-01906-AC |
| Plaintiff, | | |
| | | ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |
| v. | | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | | |
| Defendant. | | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,423.14 will be awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to her attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave Ste 200, Portland OR

97204. There are no costs or expenses.

Dated this 22nd day of April, 2020.

_____
United States Magistrate Judge

Presented by:
<u>Scott A. Sell</u>
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff